MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

BRIGID S. MARTIN  (CABN 231705)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone:  (510) 637-3697
   Facsimile:   (510) 637-3724
   E-Mail: brigid.martin@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FREDDY ARROYO, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR 12-0720 EMC <br><br> STIPULATION AND [P~~ROPOSE~~D] <br> PROTECTIVE ORDER REGARDING <br> DISCLOSURE OF DISCOVERY |

With the agreement of the parties, and with the consent of the defendant, the Court enters the following order:

Defendant FREDDY ARROYO has orally requested Rule 16 discovery and the United States is willing to produce the requested discovery. The United States is in possession of certain reports and audiovisual files that it intends to produce. These items contain sensitive law enforcement information. Accordingly, the United States requests, and the defendant agrees, that disclosure of these materials be subject to the following restrictions:

1. Except when being actively examined for the purpose of the preparation of the federal defense of the defendant in the above-captioned case, the information produced

by the United States to defense counsel shall be maintained in a locked safe, secure drawer, or cabinet, which is accessible only to defense counsel and counsel who are members of their case preparation team working with them in the federal criminal defense of the defendant. Defense counsel and members of their case preparation team shall not permit any person access of any kind to the information except as set forth below.

2. The following individuals may examine the information for the sole purpose of preparing the federal defense of the defendant in the above-captioned case and for no other purpose:

    a. Counsel for the defendant and other attorneys employed by the same law firm;

    b. Persons employed, or who have been contracted to work on this case, by defense counsel who are assisting with the preparation of the defendant's federal defense in the above-captioned case;

    c. Any experts retained on behalf of the defendant to assist in the federal defense of the above-captioned case;

    d. Any investigators retained on behalf of the defendant to assist in the federal defense of the above-captioned case; and

    e. Defendant FREDDY ARROYO, who may examine the information only in the presence of counsel, and who may not personally receive or keep any copies of the information.

    f. Counsel for the defendant shall maintain a log of any copies made, provided, and/or examined to or by any of the aforementioned individuals, which log shall include the documents or items copied or examined and the persons provided to for each copy made.

3. A copy of this order shall be maintained with the information at all times.

4. All individuals who receive access to the materials pursuant to this Order, prior to receiving access to the materials, shall sign a copy of this order acknowledging that:

        a.      They have reviewed the order;

        b.      They understand all its contents;

        c.      They agree that they will only access the information for the purposes of preparing a federal defense for the defendant in the above-captioned case;

        d.      They understand that failure to abide by this order may result in sanctions by this Court and criminal charges for contempt.

5.  With regard to the orders signed pursuant to paragraph 4, counsel for the defendant shall promptly file signed copies of the order, ex parte and under seal. The United States shall have no access to these signed copies without further order of the Court.

6.  No other person may be allowed to examine the material without further court order. Examination of the information shall be done in a secure environment which will not expose the materials to other individuals not listed above.

7.  Other than the copies authorized and logged in paragraph 2, no copies of any of the information may be made without further court order.

8.  Any pleadings that include or make reference to the information, or the above-described orders or their contents, shall be filed under seal, absent express written stipulation by the parties.

9.  No person who has access to the information shall inform any individual not listed above as to the contents of the information disclosed in any manner, form, or fashion, whether written or oral. This obligation shall include suggesting in any way to an uncovered individual that any particular document has been provided.

10. Counsel for the defendants, within five court days of the conclusion of the above-captioned proceedings before the district court shall retrieve all copies made of all documents provided to anyone pursuant to this order and maintain them in a secure environment which will not expose the materials to any other person. By the same time, counsel for the defendants shall also file under seal and ex parte the log described in Paragraph 2.f. The United States shall have no access to this log without further order of the Court. By the same time,

counsel for the defendants shall also file a sworn declaration indicating that all copies of the aforementioned materials have been retrieved and maintained in a secure environment which will not expose the materials to any other person. If the defendant believes that any of these materials must be released to any other person for any reason related to appeal, the defendant must seek authorization from the District Court.

IT IS SO STIPULATED:

    MELINDA HAAG
    United States Attorney

DATED: November 20, 2012    By: /s/ Brigid Martin
    BRIGID S. MARTIN
    Assistant United States Attorney

DATED: November 20, 2012    /s/ Teresa Caffese
    TERESA CAFFESE
    Attorney for FREDDY ARROYO

IT IS SO ORDERED that disclosure of the above-described materials shall be restricted as set forth above.

DATED: 11/26/12

HON. EDWARD M. CHEN
United States District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*

PROTECTIVE ORDER
CR 12-0720 EMC    4